# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

JEREMY W.,                        )
                                  )
               PLAINTIFF          )
                                  )
v.                                )
                                  )          CIVIL NO. 2:18-CV-195-DBH
NANCY A. BERRYHILL, ACTING        )
COMMISSIONER, SOCIAL SECURITY     )
ADMINISTRATION,                   )
                                  )
               DEFENDANT          )


## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE


On February 12, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on February 26, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The administrative decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 27TH DAY OF FEBRUARY, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**